LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
James C. Magid (SBN 233043)
james.magid@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendants
The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 (incorrectly sued as Bank of New York Mellon fka The Bank of New York as Trustee for Certificateholder of the CWALT, Inc, Alternative Loan Trust 2006-OA17, Mortgage Pass-Through Certificates Series 2006-OA17); and Mortgage Electronic Registration Systems, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YEE<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AMERICA'S WHOLESALE LENDER; BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATEHOLDER OF THE CWALT, INC, ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OA17; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-03308 AB (Ex)<br><br>**[PROPOSED] JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: May 13, 2016 |

1

[PROPOSED] JUDGMENT
*Yee v. America's Wholesale Lender, et al.*, Case No. CV16-03308 AB (Ex)

On September 8, 2016, this Court entered an order granting the motion to dismiss filed by defendants The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 ("BONY") (incorrectly sued as Bank of New York Mellon fka The Bank of New York as Trustee for Certificateholder of the CWALT, Inc, Alternative Loan Trust 2006-OA17, Mortgage Pass-Through Certificates Series 2006-OA17) and Mortgage Electronic Registration Systems, Inc. ("MERS") and the motion to dismiss filed by Defendants Bank of America and Countrywide Home Loans (formerly d.b.a America's Wholesale Lender) ("BANA"). (Dkt. No. 30). The September 8, 2016 Order dismissed the complaint filed by plaintiff Henry Yee ("Plaintiff") with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. It is further ordered that judgment be entered in favor of Defendants and against Plaintiff as to each and every cause of action in this action, and that Plaintiff take nothing by way of his claims.

IT IS SO ORDERED.

Dated:  November 4, 2016

_____
André Birotte Jr.
United States District Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104